IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BANNING LEWIS RANCH | ) | Case No. 10-13445 (KJC) |
| COMPANY, LLC, *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| The Banning Lewis Ranch Company, LLC | ) | |
| and Ultra Resources Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 11-53201 (KJC) |
| | ) | |
| City of Colorado Springs, Colorado and | ) | **Re: Adv. D.I. No. 1** |
| Colorado Springs Utilities, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION
AND TRANSFERRING VENUE OF ADVERSARY PROCEEDING**

I, David G. Holmes, do certify as follows:

1. I am an attorney with Cross & Simon, LLC, counsel to the above-captioned debtors and debtors-in-possession.

2. On September 16, 2011, debtor The Banning Lewis Ranch Company, LLC (the "Debtor") and Ultra Resources, Inc., ("Ultra"), the purchaser of substantially all of the Debtor's assets, filed the Complaint for Declaratory Judgment Pursuant to 28 U.S.C. § 2201 and Fed. R.

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 101 West Avenue, Jenkintown, PA 19046.

Bankr. P. 7001(9) and Other Relief With Respect to Certain Issues Raised By the City of Colorado Springs, Colorado and Colorado Springs Utilities (the "Adversary Proceeding").

3. The Debtor, Ultra and the City of Colorado Springs, Colorado (the "City") have stipulated and agreed that the Adversary Proceeding shall be transferred to the United States Bankruptcy Court for the District of Colorado. Ultra and the Debtor further agreed that they shall not assert a claim, defense or seek relief in the Adversary Proceeding based upon Section 363(f)(4) of the Bankruptcy Code. Counsel for the City and Colorado Springs Utilities (collectively, the "Defendants") agreed to accept service for the Defendants.

4. Undersigned counsel has forwarded the attached form of Order Approving Stipulation to counsel for all interested parties. No party objects to the entry of the Order.

5. Counsel is available should the Court have any questions or comments.

Dated: September 16, 2011
Wilmington, Delaware

By: _____
David G. Holmes (No. 4718)
CROSS & SIMON, LLC
913 N. Market St.
11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Ph: (302) 777-4200
Fax: (302) 777-4224
dholmes@crosslaw.com

*Counsel for Debtor The Banning Lewis Ranch Company, LLC*